UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLARINEL DEL VALLE SUTIL DE FELIPE,<br><br>Petitioner,<br><br>v.<br><br>WARDEN NORTHWEST ICE PROCESSING CENTER ET AL.,<br><br>Respondents. | CASE NO. 2:26-cv-04611-JHC<br><br>ORDER |

This matter comes before the Court on pro se Petitioner's Motion to Proceed In Forma Pauperis (IFP) (Dkt. 1) and Motion for Court-Appointed Counsel (Dkt. 1-4).

Because Petitioner does not appear to have funds available to afford the $405.00 filing fee, Petitioner financially qualifies for IFP status pursuant to 28 U.S.C. § 1915(a)(1). The Court thus GRANTS Petitioner's IFP application.

The Court also concludes that because of the complex issues involved in this case, the interests of justice require appointment of counsel. *See* 18 U.S.C. § 3006A(a)(2)(B). Accordingly, the Court APPOINTS the Federal Public Defender to consult with Petitioner, and—subject to Petitioner's and the Federal Public Defender's decision about whether that representation is appropriate—represent Petitioner in these proceedings. Within 30 days of the

date of this Order, if the Federal Public Defender enters a notice of appearance and undertakes representation of Petitioner, the Federal Public Defender shall assist Petitioner to file an application demonstrating eligibility for appointment of counsel under 18 U.S.C. § 3006A. If the Federal Public Defender declines assistance, Petitioner will remain pro se.

The Clerk is DIRECTED to send uncertified copies of this Order to Petitioner, the Federal Public Defender, and counsel for Respondents.

Dated this 25th day of November, 2026.

John H. Chun
United States District Judge